IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **M.T.**, <br><br> **Plaintiff/Petitioner,** <br><br> v. <br><br> **NIKITA BAKER**, *et al.*, <br><br> **Defendants/Respondents.** | Civil No.: 1:25-cv-01598-JRR |

## ORDER

The above-captioned Complaint for Declaratory and Injunctive Relief, and Petition for Writ of Habeas Corpus was filed in the early morning hours on May 17, 2025. (ECF No. 1; the "Complaint and Petition.") The court convened an emergency *ex parte* hearing with Plaintiff/Petitioner's counsel regarding the request for emergency relief. The court denied the request.

The Complaint and Petition appears to borrow heavily from another case currently before this court. It contains several hallmarks of same that appear not to pertain to the instant action. Accordingly, for clarity of the record and the operative pleading, Plaintiff/Petitioner shall, within 14 days of entry of this order, file an amended pleading (*e.g.*, a complaint, a petition, or a complaint and petition)[1] in accordance with the federal and local rules; the amended pleading shall plainly set forth all claims asserted, relief sought, and the basis for the court's jurisdiction pursuant to Federal Rule of Civil Procedure 8.

Date: May 21, 2025

/S/

Julie R. Rubin
United States District Judge

---

[1] Plaintiff is advised that should her action proceed in such a hybrid nature, effective and efficient management of the court's docket may necessitate that this action be converted into a new civil action. Such action would be strictly for administrative purposes and have no bearing on the merits of the action or relief requested therein.