# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONG TRAN,**  **Petitioner,**  v.  **NIKITA BAKER,** *et al.*,  **Respondents.** | **Civil No.: 1:25-cv-01598-JRR** |

## ORDER CORRECTING MEMORANDUM OPINION AND ORDER AT ECF NO. 26

The court has been made aware of two clerical errors at page 4 of its Memorandum Opinion and Order at ECF No. 26. Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, it is this 24th day of July 2025 **ORDERED** that the Memorandum Opinion and Order at ECF No. 26 is modified as set forth below in underlined and bold-faced typesetting, and otherwise remains in full force and effect. For clarity, the court sets out below the corrected paragraph in its entirety:

> According to Petitioner, she was in custody at ERO Baltimore when the instant Petition was filed on May 27, **2025**.[9] (Pet., ECF No. 16 ¶ 10.) After her initial detention at ERO Baltimore, she was transferred to ICE detention facilities in Louisiana and Arizona. *Id.* As of July 1, 2025, she was detained at the Northwest ICE Processing Center in Tacoma, Washington. (Pet., ECF No. 16 ¶ 10; Burki Decl., ECF No. 22-6 ¶ 13.) As of the date of the hearing, Petitioner had been in ICE detention for 169 days (her period of detention from April **16**, 2004, until issuance of her OSUP plus May 12, 2025, to the hearing date, July 23, 2025).
>
> [9] The Government does not challenge this assertion. The court thus concludes that it has proper jurisdiction over this action.

/S/

_____
Julie R. Rubin
United States District Judge